

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/18/11
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ERIC L PICKENS | CIVIL ACTION NO. 2:10-cv-1449 |
| VS. | JUDGE TRIMBLE |
| WARDEN AVOYELLES CORRECTIONAL CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period pursuant to 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 18th day of July, 2011.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE